ORIGINAL

Hjin.Cpl.

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 30 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

07-00027

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. |
|---|---|---|
| Plaintiff, | ) | **COMPLAINT** |
| vs. | ) | |
| | ) | **FALSE USE OF PASSPORT** |
| HAO ZHE JIN a/k/a | ) | [18 U.S.C. § 1543] |
| HYUN CHOI, | ) | |
| Defendant | ) | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about March 29, 2007, within the District of Guam and elsewhere, the defendant, HAO ZHE JIN a/k/a HYUN CHOI, did willfully and knowingly use and attempt to use a false passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Protection Inspector a Republic of Korea passport (no. SC1432252) in the name of HYUN CHOI, and defendant knowing said passport was false, altered and did not belong to him, in violation of Title 18, United States Code, Section 1543.

COMPLAINANT FURTHER STATES:

My name is Robert D. Ramirez, and I am a Customs and Border Protection (CBP) Officer. I have served as CBP Officer for more than four years.

1. My duties include investigation of violations of Titles 8 and 18 of the United States Code as they apply to violations of U.S. immigration laws. The information contained in this affidavit is based upon witness interviews, the collection of evidence, and document analysis. Based upon my knowledge, training, and experience with the Immigration and Nationality Act (INA), I hereby make the following affidavit :

2. On March 29, 2007, an Asian male arrived Guam via PR 110 from Manila, Philippines and applied for admission to the U.S. as a visitor for pleasure under the Guam Visa Waiver Program. He presented a Republic of Korea passport number SC1432252 in the name of Hyun Choi. The subject was identified as a possible mala fide passenger, and was referred to secondary inspection for further questioning.

3. During the secondary inspection, a Peoples Republic of China (PROC) passport number G21310846 in the name of HAO ZHE JIN was found in the subject's personal belongings. Subject claimed this was his true identity. In China JIN paid 5,000 yuan (Chinese currency) for a Korean passport bearing his photo. JIN stated his intended destination was Saipan.

4. JIN was processed for Guam Visa Waiver refusal and detained.

5. I examined the Korean passport that JIN presented as his own and determined that it showed signs of photograph substitution.

//

//

//

2

6. Based on the foregoing, I have probable cause to believe that HAE ZHE JIN a/k/a HYUN CHOI has committed the offense of False Use of Passport in violation of 18 U.S.C. § 1543.

_____
ROBERT D. RAMIREZ
U.S. Customs Enforcement Officer
U.S. Customs and Border Protection
Department of Homeland Security

SWORN AND SUBSCRIBED TO before me on this  30th  day of March, 2007.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

3

# Criminal Case Cover Sheet        U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

07-00027

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __X__ No

Defendant Name     ___Hao Zhe Jin___

Allisas Name       ___Hyun Choi___

Address            _____

                   _____

Birthdate __XX/XX/1971__ SS# __N/A__ Sex __M__ Race __A__ Nationality __Peoples Republic of China__

RECEIVED
MAR 30 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA ___Marivic P. David___

**Interpreter:** ___ No __X__ Yes    List language and/or dialect: __Mandarin Chinese__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___    ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 1543 | FALSE USE OF A PASSPORT | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __3/30/07__    Signature of AUSA: _[signature]_