AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

**HAO ZHE JIN aka HYUN CHOI**

**WARRANT FOR ARREST**

Case Number: CR-07-00027

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **HAO ZHE JIN aka HYUN CHOI**
                                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ✓ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

**FALSE USE OF PASSPORT**

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2007
MARY L.M. MORAN
CLERK OF COURT

in violation of Title _____ **18** _____ United States Code, Section(s) _____ **1543** _____

**JOAQUIN V.E. MANIBUSAN, JR.**             [signature]
Name of Issuing Officer                                     Signature of Issuing Officer

**U.S. MAGISTRATE JUDGE**                       **MARCH 30, 2007, HAGATNA, GUAM**
Title of Issuing Officer                                            Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

~~DIST~~ GUAM INTERNATIONAL AIRPORT

| DATE RECEIVED 3/30/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/30/07 | Robert D. Ramirez CBP Officer | [signature] |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____