# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00027            DATE: March 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 4:07:32 - 4:16:50 |
| CSO: B. Benavente | |

**APPEARANCES:**

Defendant: Hao Zhe Jin aka Hyun Choi      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David      U.S. Agent: Robert Ramirez, U.S. Customs
U.S. Probation: John San Nicolas      U.S. Marshal: Victor Roman
Interpreter: Foo Mee Chun Clinard      Language: Chinese Mandarin

**PROCEEDINGS: Initial Appearance**
- Defendant advised of his rights.
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Preliminary Examination set for: <u>April 9, 2007 at 2:00 P.M.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: