# ORIGINAL

HJin.Ind

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00027 |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **FALSE USE OF A PASSPORT** |
| ) | [18 U.S.C. § 1543] |
| HAO ZHE JIN a/k/a ) | |
| HYUN CHOI, ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about March 29, 2007, within the District of Guam and elsewhere, the defendant, HAO ZHE JIN a/k/a HYUN CHOI, did willfully and knowingly use and attempt to use a false passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Protection Inspector a Republic of Korea passport (no. SC1432252) in the name of HYUN

//
//
//
//
//
//

CHOI, and defendant knowing said passport was false, altered and did not belong to him, in violation of Title 18, United States Code, Section 1543.

Dated this __4th__ day of April, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2