**RECEIVED**

APR 04 2007

**U.S. MARSHALS SERVICE-GUAM**



AO83 (Rev 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**HAO ZHE JIN aka HYUN CHOI**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:  **CR-07-00027** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| DISTRICT COURT OF GUAM<br>4th FLOOR U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE | 3rd Floor Courtroom |
| Before  HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | **Date and Time**<br>Friday, April 6, 2007 at 9:30 A.M. |

To answer a(n)

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title **18** United States Code, Section(s) **1543**

Brief description of offense:

False Use of a Passport

**FILED**

DISTRICT COURT OF GUAM

APR - 5 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

| | |
|---|---|
| VIRGINIA T. KILGORE, DEPUTY CLERK<br>Name and Title of Issuing Officer | _Virginia T. Kilgore_<br>Signature of Issuing Officer |
| APRIL 4, 2007<br>Date | |

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date  4/5/07 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Served Federal Public Defender John Gorman. Defendant is currently Detained at Department of Corrections

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___4/5/07____
          Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.