**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00027　　　　　　　　　　　　DATE: April 06, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:47:17 - 11:10:12
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Hao Zhe Jin aka Hyun Choi　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　　U.S. Agent:
U.S. Probation: John San Nicolas　　　　　U.S. Marshal: R. Lumagui / J. Salas
Interpreter: Foo Mee Chun Clinard　　　　Language: Chinese Mandarin

**PROCEEDINGS: Initial Appearance and Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty  No written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: July 5, 2007 at 11:00 A.M.
- Draft Presentence Report due to the parties: May 31, 2007
- Response to Presentence Report: June 14, 2007
- Final Presentence Report due to the Court: June 28, 2007
- Defendant detained as previously ordered.

NOTES: