ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HAO ZHE JIN, <br> aka HYUN CHOI, <br><br> Defendant. | CRIMINAL CASE NO. 07-00027 <br><br> **STIPULATION OF PARTIES <br> TO CONTINUE SENTENCING** |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, HAO ZHE JIN aka HYUN CHOI, by and through his attorney, John T. Gorman, Federal Public Defender, and hereby stipulate and request to continue the Sentencing hearing currently set for July 5, 2007, to a date convenient to the Court sometime on or about July 9, 2007 or soon thereafter during the week of July 9 - 13, 2007. The parties make this

//
//
//
//
//

request for the reason that government counsel will be on approved leave status and unavailable from June 28, 2007 to July 6, 2007.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/25/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

6/25/07
Date

JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant