LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00027 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HAO ZHE JIN a/k/a HYUN CHOI, | ) | |
| Defendant. | ) | |

  Based on the Stipulation of Parties to Continue the Sentencing, filed June 25, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

  **IT IS HEREBY ORDERED** the Sentencing be continued to July 10, 2007, at the hour of 10:00 a.m.

  **So Ordered.**

            **/s/ Frances M. Tydingco-Gatewood**
              **Chief Judge**
            **Dated: Jun 26, 2007**