Jin_HaoZhe.stpmtn

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 10 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAO ZHE JIN<br>aka HYUN CHOI,<br><br>Defendant. | CRIMINAL CASE NO. 07-00027<br><br>**STIPULATED MOTION FOR PAYMENT OF SPECIAL ASSESSMENT FEE AND/OR FINE** |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, and Defendant, HAO ZHE JIN aka HYUN CHOI, by and through their respective counsel, hereby stipulate pursuant to 18 U.S.C. Section 3572(d), for an Order requiring the Bureau of Immigration and Customs Enforcement to pay to the Clerk, United States District Court of Guam, the amount of $ 100 in satisfaction of the $100.00 special assessment fee and/or $ 0 fine assessed against the Defendant, HAO ZHE JIN aka HYUN CHOI, and in support states as follows:

1. At the time of the Defendant's arrest, approximately $1,015.00 in United States currency was seized from him and has been in the possession of the Bureau of Immigration and Customs Enforcement ("BICE"), [Exhibit "A"].

2. 18 U.S.C. § 3572(d) provides that: "A person sentenced to pay a fine or other monetary penalties shall make such payment immediately, unless, in the interest of justice, the court provides for payment on a date certain or in installment."

**ORIGINAL**

3. The United States requests that, from said funds in the custody of the BICE, an amount of $ 100 be paid to the Clerk, United States District Court of Guam, in full satisfaction of the special assessment fee and/or fine assessed against Defendant HAO ZHE JIN aka HYUN CHOI at his sentencing on 7/10/07, and the remaining balance returned to Defendant.

RESPECTFULLY SUBMITTED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 7/10/07

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 7/10/07

/s/
JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant

☆ U.S. GOVERNMENT PRINTING OFFICE 1996-411-024

**U.S. Department of Justice**  A76209507
Immigration and Naturalizaton Service  **Property Receipt**

( ▓▓▓ )  A76209507 ( ▓▓▓ )

| Facility: ~~CBP~~ G1AT/A6A | Date: 29 MAR 07 |
|---|---|
| Name: JIN, HAO ZHE (AKA: CHOI, HYUN) | |

| Quantity | Description |
|---|---|
| 15 | $100.00 US |
| 1 | $10.00 US |
| 1 | $5.00 US |
| 1 | CHECKBOOK/WALLET, BLACK |
| 1 | WATCH, SILVER COLOR "NOBEL" |
| 1 | RING, SILVER COLOR |
| 1 | SUNGLASSES, BLACK COLOR "RAY BAN" |
| | ——— NOTHING FOLLOWS ——— |

By: Detention Officer [signature]
Detention Officer [signature]

*Original*
Form G-589 (Rev. 2-1-85) N    **No.  1660031**

A