# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00027-001　　　　　　　　　　　　DATE: July 10, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Jennifer Moton　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　　Electronically Recorded: 10:32:08 - 10:46:00
CSO: L. Ogo

**APPEARANCES:**

Defendant: Hao Zhe Jin aka Hyun Choi　　　Attorney: John Gorman
　　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA

U.S. Attorney: Marivic P. David　　U.S. Agent: Brent Tablan, U.S. Customs and Border Protection
U.S. Probation: Maria Cruz　　　　U.S. Marshal: V. Roman / D. Punzalan
Interpreter: Chung Harrell　　　　Language: Mandarin

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>4 months, with credit for time served (approximately 103 days)</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: