**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
AMENDED MINUTES\*\*
SENTENCING**

CASE NO.: CR-07-00027-001                                              DATE: July 10, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Jennifer Moton | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 10:32:08 - 10:46:00 |
| CSO: L. Ogo | |

**APPEARANCES:**

Defendant: Hao Zhe Jin aka Hyun Choi                    Attorney: John Gorman

    Present   Custody   Bond   P.R.         Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David        U.S. Agent: Brent Tablan, U.S. Customs and Border Protection
U.S. Probation: Maria Cruz              U.S. Marshal: V. Roman / D. Punzalan
Interpreter: Chung Harrell               Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 103 days)</u>\*\*
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

\*\* Amended to reflect a sentence of time served