**Jin_HaoZhe.stpord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00027 |
| Plaintiff, ) | |
| ) | **O R D E R** |
| v. ) | |
| ) | Re: Stipulated Motion for Payment |
| HAO ZHE JIN ) | of Special Assessment Fee and/or Fine |
| aka HYUN CHOI, ) | |
| Defendant. ) | |

Based upon the Stipulated Motion for Payment of Special Assessment and/or Fine, the Court hereby orders the Bureau of Immigration and Customs Enforcement deposit to the Clerk, United States District Court of Guam, the amount of $100.00 that was obtained from Defendant, HAO ZHE JIN aka HYUN CHOI, upon his arrest in full satisfaction of the $100.00 special assessment fee assessed against Defendant at sentencing on July 10, 2007. Any remaining balance of funds shall be returned to Defendant.

**IT IS SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 11, 2007**